FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0398

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## CAUSE NO. DV-19-14238

| | |
|---|---|
| **BRADLEY BARTHEL,** <br><br>     **Appellant,** <br><br> **vs.** <br><br> **BARRETTS MINERALS INC., and JAMES DELOSRIOS ,** <br><br>     **Appellees.** | **ORDER GRANTING APPELLANT BRADLEY BARTHEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to the Unopposed Motion for Extension of Time to File Opening Brief filed by Appellant Bradley Barthel, and good cause appearing therefrom,

IT IS HEREBY ORDERED, that Appellant Bradley Barthel shall have up to and including November 17, 2020, within which to file and serve his opening brief.

Dated this _____ day of October, 2020.

_____
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 14 2020